IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| GREGORY LEITNER, JR., <br><br> Plaintiff, <br><br> vs. <br><br> JOHNSON RESTAURANT GROUP, INC., d/b/a OLD CHICAGO PIZZA & TAPROOM, <br><br> Defendant. | CV 19–122–M–DLC <br><br><br> ORDER |

The parties in this matter have filed a Stipulation for Dismissal with Prejudice. (Doc. 17.)

IT IS ORDERED that this matter is DISMISSED with prejudice, each party to bear its own costs and fees.

DATED this 8th day of July, 2020.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court